The People of the State of New York ex rel. Michael McFarland et al. v. James J. Sexton et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York ex rel. 270 Park Avenue Corporation et al. v. James J. Sexton et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Benjamin Salzer, as Executor of William Salzer, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Amando Rivero et al. v. The City of New York, Impleaded with Another. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Daniel de Gorter et al. v. Banque De France.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Republic Chemical Corporation v. Emile J. Luster, Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Milan Hodza v. Overseas News Agency, Inc., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Chemical Bank & Trust Company et al. v. Lawson Williams et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Helen Budz v. Elizabeth J. Schoett, Individually, and as Executrix of the Will of Christian Schoett, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Patrick Reilly v. Austin Hogan, as President, et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Irene Hoppel v. Julius Muehlstein.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Charlotte B. Ogle v. Alfred M. Ogle.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Nikola Zoronich v. Guardian Cab Co., Inc., et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Nikola Zoronich v. Guardian Cab Co., Inc., et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.